IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TWIN-MED LLC, | )<br>) |
| Plaintiff, | ) Case No. 08 CV 3377<br>) |
| v. | ) Judge James B. Zagel<br>) |
| 7315 N. ST. LOUIS, LLC and<br>GREYSTONE ASSOCIATES, INC., | ) Magistrate Judge Arlander Keys<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:
Matthew S. Miller & Cassandra M. Crane
Much Shelist Denenbery Ament & Rubenstein, P.C.
191 north Wacker Drive, Suite 1800
Chicago, IL 60606

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge James B. Zagel, United States District Judge, in the courtroom usually occupied by him in the Dirksen Federal Courthouse, Room 2503, 219 South Dearborn Street, Chicago, Illinois 60604, or in his absence, before such judge who may be sitting in his place and stead, and shall then and there present Defendants' Motion to Dismiss, filed on behalf of 7315 N. St. Louis, LLC and Greystone Associates, Inc., a copy of which accompanies this notice and is hereby served on you.

By: /s/ Gary I. Blackman

Gary I. Blackman
Amy A. Pines
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Phone: (312) 346-8380
Facsimile: (312) 346-8434

*Attorneys for 7315 N. St. Louis, LLC and
Greystone Associates, Inc.*

## CERTIFICATE OF SERVICE

I, Gary I. Blackman, an attorney, hereby certify that on July 15, 2008, I caused a copy of the foregoing Notice of Motion to be filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys: Matthew S. Miller and Cassandra M. Crane c/o Much Shelist Denenberg Ament & Rubenstein, 191 North Wacker Drive, Suite 1800, Chicago IL 60606.

By: /s/ Gary I. Blackman

LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Phone: (312) 346-8380
Facsimile: (312) 346-8434
gblackman@lplegal.com

*Attorney for Defendants 7315 N. St. Louis, LLC and Greystone Associates, Inc.*