IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TWIN-MED LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 3377 |
| ) | |
| 7315 N. ST. LOUIS, LLC and ) | Judge Zagel |
| GREYSTONE ASSOCIATES, INC., ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Twin Med LLC., and Defendants 7315 St. Louis, LLC and Greystone Associates, Inc., by their respective attorneys, hereby stipulate to the dismissal of Count III for Breach of the Covenant of Quiet Enjoyment without prejudice.

SO STIPULATED:

_____
Matthew S. Miller
MUCH SHELIST
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2714
Attorneys for Plaintiff

_____
Amy Pines
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 476-7542
Attorneys for Defendants

Dated: August 15, 2008