# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Twin−Med, LLC

                              Plaintiff,

v.                                                                       Case No.: 1:08−cv−03377
                                                                                Honorable James B. Zagel

7315 N. St. Louis, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 8/28/2008. Motion to dismiss [9] reply now due by 9/11/2008. Count III is dismissed without prejudice pursuant to stipulation. Status hearing set for 9/23/2008 at 11:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.